STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

12-887 consolidated with 12-886


STATE OF LOUISIANA

VERSUS

BRADY HARRINGTON


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 49361
HONORABLE EDWARD B. BROUSSARD, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Elizabeth A. Pickett, James T. Genovese, and Shannon J. Gremillion, Judges.


CONVICTION AND SENTENCE AFFIRMED.


Michael Harson
District Attorney, Fifteenth Judicial District Court
Ted L. Ayo
Assistant District Attorney
100 North State St., Suite 215
Abbeville, LA 70510
(337) 898-4320
COUNSEL FOR APPELLEE:
    State of Louisiana

Beth S. Fontenot
Louisiana Appellate Project
P. O. Box 3183
Lake Charles, LA 70602
(337) 491-3864
COUNSEL FOR DEFENDANT/APPELLANT:
    Brady Harrington

**GREMILLION, Judge.**

This matter is consolidated with docket number 12-886. For the reasons set forth in *State v. Brady J. Harrington*, 12-886 (La.App. 3 Cir. __/__/13), __So.3d__, Defendant's conviction and sentence of five years at hard labor for obstruction of justice in violation of La.R.S. 14:130.1 is affirmed.

**CONVICTION AND SENTENCE AFFIRMED**.